# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LISA TILLEY and KENDALL MOULTRIE,

                Plaintiff,                20 **CIVIL** 10638 (JSR)

       -against-                      **JUDGMENT**

CHRISTOPHER SHELTON as President
Communications of America AFL-CIO,
KEITH PURCE as President of Communications
Workers of America Local 1101 as successor /
f/k/a Local 1105, VERIZON NEW YORK, INC.,
and VERONYKA PETERS, individually,

                Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 9, 2021, the Court grants the motions to dismiss the complaint with prejudice.

**Dated:** New York, New York
        September 10, 2021

                                                        **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                                      **BY:**

                                                              **Deputy Clerk**